## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

CJ3SP, LLC, and

CNR TRANSPORTATION, LLC,

Plaintiffs,

v.

AIR GENERAL, INC.,

Defendant.

## COMPLAINT

Plaintiffs CJ3SP, LLC ("CJ3SP") and CNR Transportation, LLC ("CNR") (collectively, "Plaintiffs"), respectfully submit this Complaint against Defendant Air General, Inc. ("Defendant" or "Air General"), and in support thereof state as follows:

## PARTIES

1. CJ3SP is a Texas limited liability company, with a principal place of business located at 710 Foxpointe Rd., Fort Worth, Texas 76132-4453.

2. CNR is a Texas limited liability company, with its principal place of business located at 1999 Bryan St., Suite 900, Dallas, Texas 75201-3140.

3. Air General is a Massachusetts corporation, with its principal place of business located at 403 The Hill, Portsmouth, New Hampshire 03801. Air General maintains business

operations in Colorado and may be served through its registered agent, Cogency Global, Inc., 12649 W. Warren Ave., Lakewood, Colorado 80228.

## JURISDICTION

4. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

## VENUE

5. Venue is proper in this district under 28 U.S.C. §1402(b) because the acts or omissions described herein occurred in this district.

## FACTS

6. Plaintiffs own an Embraer EMB-505 "Phenom 300" business jet, FAA registration N1505P ("Aircraft").

7. On November 7, 2017, Plaintiff's Aircraft was parked on the tarmac at Denver International Airport in Denver, Colorado, when a food/baggage cart under Defendant's control hit the Aircraft's tail (the "Incident").

8. The Incident caused significant damage to the Aircraft.

9. Additionally, Plaintiffs were unable to use the Aircraft from November 7, 2017 until its return to service on May 17, 2018.

10. The Incident also caused diminution in the Aircraft's value.

11. As a result of Defendant's actions, Plaintiffs have sustained damages in an amount of no less than $2,084,768.88 and have made demand upon Defendant to make Plaintiffs whole.

12. While representatives of Air General have acknowledged responsibility for the Incident, and conceded that it is responsible for the damage to the Aircraft, it has failed and refused to make Plaintiffs whole.

## FIRST CLAIM FOR RELIEF – NEGLIGENCE

13. Plaintiffs re-allege and incorporate the foregoing paragraphs.

14. Defendant owed a duty of care to Plaintiff. More specifically, Defendant's owed a duty of care to Defendant to move the food/baggage cart on the airport ramp in a safe and prudent manner to avoid damage to property.

15. A reasonably careful person or business operating ground equipment at Denver International Airport would exercise care in the movement of a food/baggage cart to avoid hitting aircraft or other equipment located on the Airport ramp.

16. Defendant failed to exercise reasonable care in the movement of its food/baggage cart at the Airport, hitting Plaintiff's Aircraft and causing it damage. Defendant's thereby breached its duty of care to Plaintiffs. Defendant's actions were negligent.

17. As a direct and proximate cause of Defendant's negligent actions, Plaintiffs' suffered damage to the Aircraft, loss of the Aircraft's value and loss of use of the Aircraft, and other damages in an amount to be proven at trial.

18. Defendant acted negligently by engaging in the wrongful acts and/or omissions described herein. Such actions and/or omissions have caused, and continue to cause, damage to Plaintiffs, all for which they hereby sue.

WHEREFORE, Plaintiffs respectfully request that this Court enter Judgment in favor of Plaintiffs on their claim in an amount to be proven at trial, and for attorneys' fees, and expenses, as may be provided for by law, and for such other and further relief as may be just and appropriate.

DATED this 19th day of December, 2018

Respectfully submitted,

*s/*Martha Hardwick Hofmeister
**Martha Hardwick Hofmeister**
SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP , Texas Bar No. 08981500
9201 N. Central Expressway, Fourth Floor
Dallas, Texas 75231
Telephone: 214.780.1400
 Fax:  214.78.1401
Email:  mhofmeister@shackelford.law

and

*s/*Christopher T. Leach
**Christopher T. Leach**
CARRIERE & LITTLE, LLP
8001 S. Interport Blvd, Suite 310
Englewood, CO 80112
T: 720.979.0922
F: 720.504.0155
Email: cleach@carrierelittle.com

ATTORNEYS FOR PLAINTIFFS,
CJ3SP, LLC and CNR TRANSPORTATION, LLC

Plaintiffs' Addresses:

CJ3SP, LLC
710 Foxpointe Rd.
Fort Worth, Texas 76132-4453

CNR Transportation, LLC
1999 Bryan St., Suite 900
Dallas, Texas 75201-3140